# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHING LUNG LAU, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>KEVIN HERMANSEN, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:26−cv−00305−MWF−AGR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:     5/26/2026

Document No.:     92, 93

Title of Document:     Motions

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Local Rule 7.1−1 no notice of interested parties.

Other:

**Note:**     **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  May 27, 2026     By:   /s/ *Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov*
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS