# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHING LUNG LAU, et al. | CASE NUMBER: |
| Plaintiff(s), | 2:26−cv−00305−MWF−AGR |
| v. | |
| KEVIN HERMANSEN, et al. | |
| Defendant(s). | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

|   05/26/2026   |   90−93   |   Motions   |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The hearing notice on the Motions is proper and the Motions are set on June 24, 2026, at 10:00 a.m. A Local Rule 7−1.1 Notice of Interested Parties shall be filed within five days of the date of this Order.

DATED: May 27, 2026

   /s/ *Michael W. Fitzgerald*
United States District Judge