FILED

2026 MAY 27  AM 9: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____ AG_____

SHING LUNG LAU,
SIU FAN TSANG,
HOI KAN LAU
6726 Salter ave, Arcadia, CA 91007
Plaintiffs In Pro Se

# United States District Court for the Central District of California

## Western Division

| | |
|---|---|
| SHING LUNG LAU, ) | CASE NO. : |
| HOI KAN LAU, ) | **2:26-CV-00305-MWF-AGRx** |
| SIU FAN TSANG ) | |
| ) | Judge: Hon. Michael W. Fitzgerald |
| ) | |
| Plaintiffs, ) | **NOTICE OF WITHDRAWAL OF** |
| ) | **NOTICE OF DISMISSAL FILED on 5/26/2026** |
| v. ) | |
| ) | |
| KEVIN HERMANSEN, ) | |
| individually and as agent of ) | |
| Cynthia Carter and Christopher ) | |
| Lopez; BEHNAM ) | |
| GHARAGOZLI, individually ) | |
| and as agent of Cynthia Carter ) | |
| and Christopher Lopez; ) | |
| CYNTHIA CARTER, ) | |
| individually and as principal ) | |
| of Kevin Hermansen and ) | |
| Behnam Gharagozli; ) | |
| CHRISTOPHER LOPEZ, ) | |
| individually and as principal of ) | |
| Kevin Hermansen and ) | |
| Behnam Gharagozli; ) | |
| LAW OFFICE OF KEVIN P. ) | |
| HERMANSEN, P.C.; ) | |
| LAW OFFICES OF ) | |
| BEN GHARAGOZLI ) | |
| _____ ) | |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT THE PLAINTIFF hereby withdraws the Notice of Dismissal filed on 5/26/2026.

It was filed in mistake, the plaintiff meant to file a Motion to Stay Proceedings because the plaintiff did not have time to deal with the RICO case and the UD case at the same time.

As the other parties have treated the Notice of Dismissal as non-existant anyways. This does not prejudice any party.

DATE: May 26, 2026

_____

Shing Lung Lau, plaintiff in pro se

2

**PROOF OF SERVICE**

I am over the age of 18.

I am a resident of or employed in the county where the mailing occurred; my residence address is : 6726 Salter ave., Arcadia, CA 91007

On 5/26/2026, I emailed the foregoing document(s) described as:

NOTICE OF WITHDRAWAL OF NOTICE OF DISMISSAL FILED 5/26/2026

Onto the following person(s):
Mark Kleiman, attorney for Kevin Hermansen and his law office and Ben Gharagozli and his law office, mark@krlaw.us
Ramsey Judah, ramsey@judahlawgroup.com
Thomas Harvey, tbh1910@gmail.com
Kevin Hermansen and his law office, kevin@kphlegal.com
Ben Gharagozli and his law office, lobgattorney@gmail.com
Cynthia Carter and Christopher Lopez, cynthia.carter.engr@gmail.com

[X] By Electronic Transmission
    I emailed the defendants the documents.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Date: May 26th, 2026

_____
Signature
Shing Lung Lau