Mark Kleiman [SBN 115919]
KLEIMAN RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Facsimile:  (310) 306-8491
mark@krlaw.us

Thomas B. Harvey [SBN 287198]
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles #226
Thousand Oaks, CA 91360
(805) 768-4440
tbhlegal@proton.me

Attorneys for Defendants
KEVIN HERMANSEN, BEHNAM GHARAGOZLI,
LAW OFFICES OF BEN GHARAGOZLI,
LAW OFFICE OF KEVIN P. HERMANSEN, P.C.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENG LUNG LAU, A.L., a minor by and through his guardian ad litem, SHING LUNG LAU, HOI KAN LAU, SIU FAN TSANG,<br><br>            Plaintiffs,<br><br>    v.<br><br>KEVIN HERMANSEN, BEHNAM GHARAGOZLI, CHRISTOPEHR LOPEZ, CYNTHIA CARTER, LAW OFFICES OF BEN GHARAGOZLI, LAW OFFICE OF KEVIN P. HERMANSEN, P.C.,<br><br>            Defendants. | Case No.: 2:26-CV-00305-MWF-CTSx<br><br>Judge:  Hon. Michael W. Fitzgerald<br><br>**CERTIFICATE OF SERVICE** |

1

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that on June 10,, 2026, true and accurate copies of the documents described below:

    1.     DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS FAC; and

    2.     REPLY IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE FIRST AMENDED COMPLAINT [Cal. Code of Civ. Proc. § 425.16]; DECLARATIONS IN SUPPORT; and

were sent via electronic mail to the parties via electronic mail or United States mail as described below:

Via electronic mail:

    Shing Lung Lau
    6726 Salter Avenue
    Arcadia, CA 91007
    Shing9@gmail.com

    Siu Fan Tsang
    221 S Curtis Avenue, Apt A
    Alhambra, CA 91801
    415-794-7635
    siufantsang@gmail.com

Via U.S. Mail:

    Hoi Kan Lau
    221 S Curtis Avenue, Apt A
    Alhambra, CA 91801

_____
Mark Kleiman