Name: _Shing Lung Lau_

Address: _6726 Salter Ave_

_Arcadia , cA 91007_

Phone Number: _718-300-6010_

Email Address: _justice for the people.ca @ gmail. com_

Pro Se

FILED

2026 JUN 23 PM 2:47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Shing Lung Lau
Hsi Karlam
Sui Fan Tsang

**PLAINTIFF(S)**

v.

Kevin Hermansen, et al.

**DEFENDANT(S)**

CASE NUMBER

2:26-CV-00305-MWF-CTS

**APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING**

As the ☑ Plaintiff ☐ Defendant    in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:

   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☐ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☐ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: _6/23/26_                    Signature: _Shing Jung Lau_

CV-005 (02/20)                **APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**