

LODGED
CLERK, U.S. DISTRICT COURT

JUN 2 3 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court for the Central District of California

## Western Division

SHING LUNG LAU,
HOI KAN LAU,
SIU FAN TSANG

Plaintiffs,

v.

KEVIN HERMANSEN,
BEHNAM GHARAGOZLI,
CHRISTOPHER LOPEZ,
CYNTHIA CARTER,
LAW OFFICES OF BEN GHARAGOZLI,
LAW OFFICE OF KEVIN P.
HERMANSEN, P.C.

Defendants,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. :
**2:26-CV-00305-MWF-AGRx**

Judge: Hon. Michael W. Fitzgerald

[PROPOSED] **ORDER** RE:
MOTION FOR LEAVE TO
FILE SECOND AMENDED
COMPLAINT

1

The Court has considered the Plaintiff's Motion for Leave to File Second Amended Complaint.

The Court, having reviewed the Motion and all supporting papers, and finding good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

The Motion for Leave to File Second Amended Complaint is GRANTED.

The moving party is granted leave to file and serve the Second Amended Complaint.

IT IS SO ORDERED.

Date:_____          _____

                                       MICHAEL W. FITZGERALD

                                       United States District Judge

2