Mark Kleiman [SBN 115919]
KLEIMAN RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Facsimile:  (310) 306-8491
mark@krlaw.us


Attorneys for Defendants
KEVIN HERMANSEN, BEHNAM GHARAGOZLI,
LAW OFFICES OF BEN GHARAGOZLI,
LAW OFFICE OF KEVIN P. HERMANSEN, P.C.,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENG LUNG LAU, A.L., a minor by and through his guardian ad litem, SHING LUNG LAU, HOI KAN LAU, SIU FAN TSANG,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN HERMANSEN, BEHNAM GHARAGOZLI, CHRISTOPEHR LOPEZ, CYNTHIA CARTER, LAW OFFICES OF BEN GHARAGOZLI, LAW OFFICE OF KEVIN P. HERMANSEN, P.C.,<br><br>Defendants. | Case No.: 2:26-CV-00305-MWF-AGRx<br><br>Judge:  Hon. Michael W. Fitzgerald<br><br>[PROPOSED] ORDER RE: EX PARTE APPLICATION FOR AN EMERGENCY ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT TO JULY 10, 2026. |

1

Good cause appearing therefore, it is ordered that Defendants shall file responses to the Plaintiffs' Motion to file a Second Amended Complaint no later than July 10, 2026.


[ALTERNATIVELY]


Good cause appearing therefore, it is ordered that hearing on Plaintiffs' Motion to file a Second Amended Complaint be continued until _____, 2026.


_____

MICHAEL W. FITZGERALD

United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing [PROPOSED] ORDER RE: EX PARTE APPLICATION FOR AN EMERGENCY ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO THE MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT TO JULY 10, 2026; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF MARK KLEIMAN IN SUPPORT THEREOF was served on the parties via electronic mail or United States mail as described below:

Via electronic mail:

Shing Lung Lau
6726 Salter Avenue
Arcadia, CA 91007
Shing9@gmail.com

Siu Fan Tsang
221 S Curtis Avenue, Apt A
Alhambra, CA 91801
415-794-7635
siufantsang@gmail.com

Via U.S. Mail:

Hoi Kan Lau
221 S Curtis Avenue, Apt A
Alhambra, CA 91801

_____
Mark Kleiman

[PROPOSED] ORDER RE: EX PARTE APPLICATION FOR AN EMERGENCY ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO MOTIO TO FILE SECOND AMENDED COMPLAINT TO JULY 10, 2026