SHING LUNG LAU,
SIU FAN TSANG,
HOI KAN LAU
6726 Salter ave, Arcadia, CA 91007
Plaintiffs In Pro Se

FILED

2026 JUL 29  AM 10: 58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

**United States District Court for the Central District of California**

**Western Division**

| | |
|---|---|
| SHING LUNG LAU, ) | CASE NO. : |
| HOI KAN LAU, ) | **2:26-CV-00305-MWF-CTSx** |
| SIU FAN TSANG ) | |
| ) | Judge: Hon. Michael W. Fitzgerald |
| ) | |
| Plaintiffs, ) | **STATEMENT TO THE COURT** |
| ) | **FROM PLAINTIFF HOI KAN LAU and** |
| v. ) | **PLAINTIFF SIU FAN TSANG;** |
| ) | |
| KEVIN HERMANSEN, ) | |
| individually and as agent of ) | |
| Cynthia Carter and Christopher ) | |
| Lopez; BEHNAM ) | |
| GHARAGOZLI, individually ) | |
| and as agent of Cynthia Carter ) | |
| and Christopher Lopez; ) | |
| CYNTHIA CARTER, ) | |
| individually and as principal ) | |
| of Kevin Hermansen and ) | |
| Behnam Gharagozli; ) | |
| CHRISTOPHER LOPEZ, ) | |
| individually and as principal of ) | |
| Kevin Hermansen and ) | |
| Behnam Gharagozli; ) | |
| LAW OFFICE OF KEVIN P. ) | |
| HERMANSEN, P.C.; ) | |
| LAW OFFICES OF ) | |
| BEN GHARAGOZLI ) | |
| _____ ) | |

1

## STATEMENT

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The plaintiffs Hoi Kan Lau and Siu Fan Tsang do hereby declare that we wish to continue to presecute this case for now, in pro se.

It is with hope that when this case goes to a jury trial, if it comes to that, that our financial situation would have improved such we would be comfortable we can afford to hire an attorney to represent us in this case.

The plaintiffs Hoi Kan Lau and Siu Fan Tsang apologizes for not being able to afford to hire an attorney and has to rely on our son, who seems to be making a mess of things due to him not being an attorney.

We declare under penalty of perjury that the foregoing is true and correct.

Respectably,

Date: July 28, 2026

_____
Hoi Kan Lau, plaintiff in pro se

Respectably,

Date: July 28, 2026

_____
Siu Fan Tsang, plaintiff in pro se

# PROOF OF SERVICE

I am over the age of 18.

I am a resident of or employed in the county where the mailing occurred; my residence address is : 6726 Salter ave., Arcadia, CA 91007

On 7/29/2026, I emailed the foregoing document(s) described as:

**STATEMENT TO THE COURT FROM PLAINTIFF HOI KAN LAU and PLAINTIFF SIU FAN TSANG;**

Onto the following person(s):
Mark Kleiman, attorney for Kevin Hermansen and his law office and Ben Gharagozli and his law office, mark@krlaw.us
Ramsey Judah, ramsey@judahlawgroup.com
Thomas Harvey, tbh1910@gmail.com

[X] By Electronic Transmission
I emailed the defendants the documents.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Respectfully,

Date: July 29, 2026

_____
Signature
Shing Lung Lau