Mark Kleiman [SBN 115919]
KLEIMAN RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
mark@krlaw.us

Thomas B. Harvey [SBN 287198]
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles #226
Thousand Oaks, CA 91360
(805) 768-4440
tbhlegal@proton.me

Ramsey Judah [SBN 342300]
JUDAH LAW GROUP
1026 W Foothill Blvd
Upland, CA 91786

Attorneys for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHING LUNG LAU, HOI KAN LAU, SIU FAN TSANG,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN HERMANSEN, BEHNAM GHARAGOZLI, CHRISTOPHER LOPEZ, CYNTHIA CARTER, LAW OFFICES OF BEN GHARAGOZLI, LAW OFFICE OF KEVIN P. HERMANSEN, P.C.,<br><br>Defendants. | Case No: 2:26-CV-00305-MWF-CTSx<br><br>Judge: Hon. Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER RE: MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Date: December 16, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 5A (5th floor)<br>Original Action Filed: January 12, 2026 |

Although this is denominated as the Second Amended Complaint, this is actually the plaintiffs' attempt at pleading this matter. It is now apparent that no cause of action the plaintiffs have attempted can legally be maintained.

FOR GOOD CAUSE SHOWN, the complaint is dismissed with prejudice

Date:______________________ ____________________________

Hon. Michael W. Fitzgerald

US District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

I also emailed a copy to Plaintiffs at justiceforthepeopleca@gmail.com as requested by Plaintiffs.

KLEIMAN / RAJARAM

By:____________________________
MARK KLEIMAN

Attorney for Defendants